UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Zlotnick, as administrator of the Estate of Steven Zlotnick,<br><br>                Plaintiff,<br><br>   - against -<br><br>Crystal Run Village, Inc., Robin Cohen, Christopher Fortune, and Jane/John Doe Nos. 1-2,<br><br>                Defendants. | 21 Civ. 1001 (PED)<br><br>**ORDER OF DISMISSAL** |

**PAUL E. DAVISON, U.S.M.J.:**

On October 27, 2021, this Court issued a Decision and Order granting defendants' motion to dismiss. [Dkt. 32.] The Decision and Order granted plaintiff leave to file a Second Amended Complaint within 30 days, and indicated that this case would be dismissed if he failed to do so.

No amended pleading having been filed, this case is **DISMISSED.** The Clerk shall close the case.

Dated: December 1, 2021
       White Plains, New York

                                              SO ORDERED

                                              Paul E. Davison, U.S.M.J.